sion, Second Department. June 20, 1913.) Action by Luigi Criscuoli against Flora Criscuoli.

PER CURIAM. Motion granted, on condition that appellant place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion denied.

---

DALY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Hugh A. Daly against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

---

DANZIGER v. GOTTLIEB. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Chas. S. Danziger against Joseph Gottlieb. No opinion. Motion denied, with $10 costs. Order filed. See, also, 156 App. Div. 571, 141 N. Y. Supp. 361; 141 N. Y. Supp. 1115.

---

DAVEY, Appellant, v. COX, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) In the matter of the application of Thomas Wesley Davey for a writ of mandamus against Rosslyn M. Cox, Mayor of the City of Middletown, and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

DEADY, Appellant, v. NEAL, Respondent. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by Josephine T. Deady against E. Virgil Neal.

PER CURIAM. Motion denied, on condition that appellant perfect her appeal, place the case on the calendar for September, 1913, and be ready for argument when reached; otherwise, motion granted, with costs. Permission is given to appellant to submit the original Exhibits 11, 12, and 13, and also the photographs, instead of reproducing them in the record. See, also, 141 N. Y. Supp. 1115.

---

DELAVAN et al., Appellants, v. NEW YORK, N. H. & H. R. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Tompkins C. Delavan and others against the New York, New Haven & Hartford Railroad Company and others. S. Untermyer, of New York City, for appellants. E. D. Robbins, of New York City, for respondents.

PER CURIAM. Judgment (137 N. Y. S. 207) affirmed, with costs, on 154 App. Div. 8, 139 N. Y. Supp. 17. Order filed.

LAUGHLIN, J., dissents, on his former dissenting opinion.

---

DE LISSER, Appellant, v. NOST, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Henry N. De Lisser against William Nost. No opinion. Judgment affirmed, with costs.

---

DE LUCA, Appellant, v. PUMO, Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Anna De Luca, as administratrix, etc., of Giuseppe De Luca, deceased, against Andrea Pumo.

PER CURIAM. Order modified, by providing that the judgment shall stand as security, and by imposing $50 costs and disbursements as terms for opening the default, and, as so modified affirmed, with costs and disbursements of this appeal to the appellant.

---

DEVLIN, Appellant, v. BOOTH S. S. CO., Limited, et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Michael Devlin against the Booth Steamship Company, Limited, and another. No opinion. Judgment unanimously affirmed, with costs.

---

DE WENTWORTH, Appellant, v. McGUIRE, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Cecile De Wentworth against Edward J. McGuire. C. Fox, of New York City, for appellant. E. J. McGuire, of New York City, for respondent.

PER CURIAM. Order affirmed, with costs. Order filed.

SCOTT, J., dissents.

---

DIAMOND v. MENDELSOHN (two cases). (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Jacob Diamond against Herman T. Mendelsohn. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 156 App. Div. 636, 141 N. Y. Supp. 775.

---

DILLON, Respondent, v. XAVIER, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by William Dillon against Frank E. Xavier.

PER CURIAM. Judgment and order affirmed with costs.

BURR, J., dissents.

---

DILLWORTH, Respondent, v. BORNN HAT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by William Dillworth against the Bornn Hat Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

DOMINICK, Appellant, v. STERN, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Eugene L. Dominick, as administrator, etc., against Ida B. Stern. No opinion. Judgment (79 Misc. Rep. 271, 139 N. Y. Supp. 59) affirmed, with costs.

---

DOUDERA, Appellant, v. BOYCE et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Ac-